1 | ADRIENNE C. PUBLICOVER  (SBN 161432)
2 | WILSON, ELSER, MOSKOWITZ,
　　　EDELMAN & DICKER LLP
3 | 525 Market Street, 17th Floor
　　San Francisco, California  94105
4 | Tel:   (415) 433-0990
　　Fax:   (415) 434-1370

5 | Attorneys for Defendants
6 | LIFE INSURANCE COMPANY OF NORTH AMERICA
　　and ANDREW CORPORATION LTD PLAN

7 |

8 | FRANK N. DARRAS  (SBN 128904)
　　LISSA A. MARTINEZ  (SBN 206994)
9 | SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
　　3257 East Guasti Road, Suite 300
10 | Ontario, CA  91761
　　Tel:   (909) 390-3770
11 | Fax:   (909) 974-2121

12 | Attorneys for Plaintiff
　　RICHARD GROVE

13 |

14 |

15 | UNITED STATES DISTRICT COURT

16 | EASTERN DISTRICT OF CALIFORNIA

17 |

| | |
|---|---|
| RICHARD GROVE, | CASE NO.   CV08-01060 JAM (DAD) |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; and ANDREW CORPORATION LTD PLAN, | |
| Defendants. | Action Filed   :   May 15, 2008 |

25　　　　Plaintiff Richard Grove ("plaintiff"), and defendants Life Insurance Company of North

26　America (hereinafter "LINA") and Andrew Corporation LTD Plan (collectively hereinafter

27　"Defendants"), through their respective attorneys of record, Frank N. Darras, Esq., of Shernoff

28

---

1
**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**
USDC EDCA Case #CV08-01060 JAM DAD
388404.1

PDF created with pdfFactory trial version www.pdffactory.com

Bidart Darras Echeverria, LLP on behalf of plaintiff, and Adrienne C. Publicover, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of defendants, HEREBY STIPULATE that the above-captioned matter and all claims for relief therein can be dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.

IT IS SO STIPULATED.

Dated: October____, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:_____
ADRIENNE C. PUBLICOVER
Attorneys for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and ANDREW CORPORATION LTD PLAN

Dated: October____, 2008

SHERNOFF BIDART DARRAS ECHEVERRIA, LLP

By:_____
FRANK N. DARRAS
LISSA A. MARTINEZ
Attorneys for Plaintiff
RICHARD GROVE

## **ORDER**

**IT IS SO ORDERED.**

Dated: November 10, 2008

/s/ John A. Mendez
Honorable John A. Mendez
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF SERVICE**
*Richard Grove v. Life Insurance Company of North America, et al.*
*USDC EDCA Case #CV CV08-01060 JAM (DAD)*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

 X : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

 ¨ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

 ¨ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

 ¨ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Frank N. Darras, Esq.
Lissa A. Martinez, Esq.
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Tel:     (909) 390-3770
Fax:    (909) 974-2121

*Attorneys for Plaintiff*
*RICHARD GROVE*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **November 10, 2008** at San Francisco, California.

_____
Nancy Li

PDF created with pdfFactory trial version www.pdffactory.com